IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HASTINGS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 10-80E |
| vs. | ) | |
| | ) | |
| ARCHIE B. LONGLEY, Warden, | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Respondent. | ) | |

## ORDER

**AND NOW,** this 26th day of April 2012, the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is hereby **DENIED**. The Clerk is to mark the case closed.

BY THE COURT:

s/ Maureen P. Kelly
MAUREEN P. KELLY
U.S. MAGISTRATE JUDGE

Date: April 26, 2012.

cc: CHRISTOPHER HASTINGS
92768-071
FCI MCKEAN
PO BOX 8000
BRADFORD, PA 16701

All Counsel of Record via CM-ECF